**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**                    Civil Action No.

       **Plaintiff,**

         .v.                                          **RULE 7.1 STATEMENT**

**EL RINCONSITO DE PIPITO Y RAYMUNDO CORP.,**
**d/b/a EL RINCONSITO DE PIPITO Y RAYMUNDO**
**and RUBEN PICHARDO**
**and RAMON FERNANDEZ**

       **Defendants,**
--------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Garden City Boxing Club, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:**                                              <u>/s/ Paul J. Hooten</u>
                                                       **Signature of Attorney**

                                                       **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf