UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**EL RINCONSITO DE PIPITO Y RAYMUNDO CORP DBA EL RINCONSITO DE PIPITO Y RAYMUNDO ET AL,**

    DEFENDANT
---------------------------------------

Index No: **07 CIV 4736**
Date Filed: **06/04/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RAUL VALENTIN** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/20/2007** at **04:15PM** at **2263 2ND AVENUE , NEW YORK, NY 10035**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **EL RINCONSITO DE PIPITO Y RAYMUNDO CORP DBA EL RINCONSITO DE PIPITO Y RAYMUNDO ET AL** the **DEFENDANT** therein named by delivering to, and leaving personally with **'JOHN' FELIX, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **BROWN** | HAIR: **GRAY** |
| APP. AGE: **50** | APP. HT: **5'6** | APP. WT: **140** |

OTHER IDENTIFYING FEATURES: **MOUSTACHE**

Sworn to before me on **06/21/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

RAUL VALENTIN – 1186289
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

