UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-4736

    -against-

                                             **CERTIFICATE OF SERVICE**

EL RINCONSITO DE PIPITO Y RAYMUNDO CORP.
d/b/a EL RICONSITO DE PIPITO Y RAYMUNDO
and RUBEN PICHARDO
and RAMON FERNANDEZ
                Defendants,
_____

    I certify that a copy of Notice of Case Management and Scheduling Conference was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on July 9, 2007:

To:    El Rinconsito de Pipito Y Raymundo Corp.
        d/b/a El Rinconsito de Pipito Y Raymundo
        2263 2nd Ave.
        New York, NY 10035

        Ramon Fernandez
        2263 2nd Ave.
        New York, NY 10035

        Ruben Pichardo
        2263 2nd Ave.
        New York, NY 10035

                              By:    /s/ Lucille Eichler
                                      Lucille Eichler
                                      Paul J. Hooten & Associates
                                      5505 Nesconset Highway, Suite 203
                                      Mt. Sinai, NY 11766