UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GARDEN CITY BOXING CLUB, INC.

**STIPULATION OF
SETTLEMENT**

Plaintiff(s)

Index#: CV4736/07

against

EL RINCONSITO DE PIPITO Y RAYMUNDO COR
RAMON FERNANDEZ

Defendant(s)

---

**IT IS HEREBY STIPULATED AND AGREED**, that the above captioned
matter be and the same is hereby settled for the sum of
$4,000.00 plus disbursements of $0.00, making the total
stipulated sum of $4,000.00 payable by Defendant to Plaintiff as
follows:

Defendant(s) hereby acknowledges that the amount claimed in the
complaint is due and owing and agrees to pay to Plaintiff the
sum of $4,000.00 upon execution of this Stipulation to be paid
in one (1) payment on or before DECEMBER 10, 2007. Payment is
to be made payable to GARDEN CITY BOXING CLUB, INC. and mailed
to Paul J. Hooten, Esq. 5505 Nesconset Highway, Suite 203, Mt.
Sinai, NY 11766.

**IT IS FURTHER STIPULATED AND AGREED**, that if Defendant defaults
in the payment and remains in default for a period of fourteen
(14) days following written notice to Defendant, by regular
mail, Plaintiff shall be entitled to enter judgment for the full
amount claimed in the complaint, (less any credits due
Defendant) together with interest and costs.
Dated:                         1/3/08

_____
Paul J. Hooten, Esq.
Attorney for Plaintiff

---

EL RINCONSITO DE PIPITO Y RAYMUNDO COR
Defendant
2263 2ND AVE
NEW YORK, NY 10035

RUBEN PICHARDO
Defendant
2263 2ND AVE
NEW YORK, NY 10035

clm # 123273

