SOUTHERN DISTRICT OF NEW YORK
GARDEN CITY BOXING CLUB, INC.

                                STIPULATION OF
                                SETTLEMENT

                  Plaintiff(s)

                                Index#: CV4736/07 (MGC)

       against

EL RINCONSITO DE PIPITO Y RAYMUNDO COR
RAMON FERNANDEZ
                  Defendant(s)

**IT IS HEREBY STIPULATED AND AGREED**, that the above captioned matter be and the same is hereby settled for the sum of $4,000.00 plus disbursements of $0.00, making the total stipulated sum of $4,000.00 payable by Defendant to Plaintiff as follows:

Defendant(s) hereby acknowledges that the amount claimed in the complaint is due and owing and agrees to pay to Plaintiff the sum of $4,000.00 upon execution of this Stipulation to be paid in one (1) payment on or before DECEMBER 10, 2007. Payment is to be made payable to GARDEN CITY BOXING CLUB, INC. and mailed to Paul J. Hooten, Esq. 5505 Nesconset Highway, Suite 203, Mt. Sinai, NY 11766.

**IT IS FURTHER STIPULATED AND AGREED**, that if Defendant defaults in the payment and remains in default for a period of fourteen (14) days following written notice to Defendant, by regular mail, Plaintiff shall be entitled to enter judgment for the full amount claimed in the complaint, (less any credits due Defendant) together with interest and costs.
Dated:

                                Paul J. Hooten, Esq.
                                Attorney for Plaintiff

EL RINCONSITO DE PIPITO Y RAYMUNDO COR
Defendant
2263 2ND AVE
NEW YORK, NY 10035

RUBEN PICHARDO
Defendant
2263 2ND AVE
NEW YORK, NY 10035

clm # 123273

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

So ordered.
Case Closed
January 8, 2008

United States District Judge